**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60278-EA**

**Ernesto Garcia Romero,**

       Petitioner,

v.

**Kristi Noem,**
**Et al.,**

       Respondents.

_____/

## <u>ORDER CLOSING CASE</u>

This cause comes before the Court on the parties' joint stipulation of dismissal [ECF No. 9].

Therefore, it is **ORDERED AND ADJUDGED**:

1. The petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. This **CASE IS CLOSED**.

3. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

    **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 16th day of July 2026.

_ED ARTAU_
ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Scott James Edwards**
Scott J. Edwards, P.A.
Palm Beach
150 E. Palmetto Park Road
Suite 800
Boca Raton, FL 33432

561-609-0760
Email: scott@scottjedwards.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Brett Geiger**
US Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Email: Brett.Geiger@usdoj.gov